AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTINEZ, JOSE E. | DISTRICT COURT - S DIST OF FL | 05/03/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 400 N. MIAMI AVENUE ROOM 10-2 MIAMI, FL 33128 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER OF THE BOARD OF DIRECTORS (TERM ENDED MAY 2009) | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | INDEPENDENCE MEDIA OF FLORIDA, LLC | NOVEMBER 28, 2008 | CARY, NC | FOOTBALL ANNOUNCER | ROOM |
| 2. | INDEPENDENCE MEDIA OF FLORIDA, LLC | NOVEMBER 19-20, 2008 | ATLANTA, GA | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 3. | FEDERAL JUDGES ASSOCIATION | DECEMBER 3, 2008 | WASHINGTON, DC | BOARD MEETING | AIRFARE, MEALS, TAXIS |
| 4. | INDEPENDENCE MEDIA OF FLORIDA, LLC | DECEMBER 25-27, 2008 | SAN FRANCISCO, CA | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 5. | NON-APPROPRIATED JUDICIAL CONFERENCE FUND | MAY 20, 2009 | ATLANTA, GA | JUDICIAL CONFERENCE | MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | FEDERAL JUDGES ASSOCIATION | MAY 2009 | WASHINGTON, DC | BOARD MEETING | AIRFARE, MEALS, TAXIS |
| 7. | INDEPENDENCE MEDIA OF FLORIDA, LLC | MAY 19-JUNE 1, 2009 | GAINESVILLE, FL | BASEBALL ANNOUNCER | ROOM, MILEAGE, MEALS, TELEPHONE |
| 8. | THE FLORIDA BAR | JUNE 30, 2009 | TALLAHASSEE, FL | ROUNDTABLE | TRAVEL |
| 9. | INDEPENDENCE MEDIA OF FLORIDA, LLC | SEPTEMBER 4-7, 2009 | TALLAHASSEE, FL | FOOTBALL ANNOUNCER | ROOM, MEALS, TELEPHONE |
| 10. | INDEPENDENCE MEDIA OF FLORIDA, LLC | SEPTEMBER 25-26, 2009 | ROANOKE, VA | FOOTBALL ANNOUNCER | ROOM, MEALS, TAXIS |
| 11. | INDEPENDENCE MEDIA OF FLORIDA, LLC | OCTOBER 16, 2009 | ALTAMONTE SPRINGS, FL | FOOTBALL ANNOUNCER | ROOM, MEALS |
| 12. | INDEPENDENCE MEDIA OF FLORIDA, LLC | NOVEMBER 13-14, 2009 | DURHAM, NC | FOOTBALL ANNOUNCER | ROOM, MEALS, TAXIS |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD | A | Dividend | J | T | | | | | |
| 2. DOMINION DIRECT (COMMON STOCK HELD | B | Dividend | K | T | | | | | |
| 3. SOUTHERN COMPANY (COMMON STOCK HELD | A | Dividend | J | T | | | | | |
| 4. WESTAR ENERGY INC (COMMON STOCK HELD | A | Dividend | J | T | | | | | |
| 5. MCDONALDS CORPORATION (COMMON STOCK HELD | A | Dividend | J | T | | | | | |
| 6. UNIVERSITY CREDIT UNION | A | Interest | K | T | | | | | |
| 7. ING DIRECT | B | Interest | M | T | | | | | |
| 8. WELLS FARGO (FKA WACHOVIA) DEP SWEEP (OWNED | A | Interest | J | T | | | | | |
| 9. IRA #1 WELLS FARGO (FKA WACHOVIA) DEP SWEEP (OWNED | A | Interest | J | T | | | | | |
| 10. IRA #2 WELLS FARGO (FKA WACHOVIA) DEP SWEEP ACCOUNT | A | Interest | J | T | | | | | |
| 11. LEGG MASON PARTNERS CAP FUND INC CL C (OWNED | | None | K | T | | | | | |
| 12. LEGG MASON PARTNERS AGGRESS GROWTH FD CL C (OWNED | | None | L | T | | | | | |
| 13. IRA #1 LEGG MASON PRTNRS AGGRESS GRWTH FDCL (OWNED | | None | K | T | | | | | |
| 14. IRA #1 LEGG MASON PRTNRS CAP FD INC CL C (OWNED | | None | K | T | | | | | |
| 15. IRA #2 LEGG MASON PARTNERS AGGRESSIVE GROWTH FD CL C | | None | K | T | | | | | |
| 16. IRA #2 LEGG MASON PARTNERS CAP FD INC CL C | | None | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE E. | 05/03/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief. and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FAL͏̶ ͏̶T MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544